IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2022-cv-

MANUEL CABELLO,

    Plaintiff,

v.

DAVID VANBLARCUM; and
STEVE SHARP CRANE & RIGGING LLC,

    Defendants.

## NOTICE OF REMOVAL

TO:    PLAINTIFF MANUEL CABELLO AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on the 18th day of March, 2022, Defendants David Vanblarcum and Steve Sharp Crane & Rigging, LLC, by and through their attorneys, Lambdin & Chaney, LLP, have filed in the United States District Court for the District of Colorado their *Notice of Removal*.

### I.    Background

This action was commenced by Plaintiff on March 2, 2022 in the District Court of Adams County, Colorado, Case Number 2022CV30240. *See Complaint, attached hereto as* **Appendix A-5.** Plaintiff seeks to recover damages that allegedly result from a motor vehicle accident that occurred between the parties on or around June 21, 2019 (the "Accident'). *See Complaint* **[Appendix A-5]** *at* ¶ 4. As a result of the Accident, Plaintiff alleges that he has suffered past, present and future damages, including medical bills,

expenses, loss of earnings and earning capacity, other economic damages, physical impairment damages, as well as non-economic damages, including but not limited to pain and suffering, inconvenience, and loss of quality of life.  *Id. at* ¶¶ 18, 31.

This Court has original jurisdiction over the present matter pursuant to 28 U.S.C. § 1332(a) as there is both complete diversity between the parties and the amount in controversy exceeds $75,000.00.  Because Defendants have given timely notice of removal and complied with all applicable procedural rules, removal of this action to this Court is proper.

## II.  Grounds for Removal

a.   **Removal is Timely**

In accordance with 28 U.S.C. § 1446(b), the notice of removal shall be filed within 30 days after service or other receipt of the Complaint.  Defendant David VanBlarcum was served on March 6, 2022.  Defendant Steve Sharp Crane & Rigging, LLC was served on March 2, 2022.  *See Affidavits of Service, attached hereto as* **Appendix A-6 and A-7**.  Thus, this notice is timely filed.

b.   **The Amount in Controversy Exceeds $75,000, Exclusive of Interest and Costs**

The amount in controversy in this action exceeds $75,000, exclusive of interest and costs, as is required to maintain diversity jurisdiction.  **Dart Cherokee Basin Operating Co., LLC v. Owens**, 135 S. Ct. 547, 554 (2014) ("[A]s specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

At the time of filing his Complaint, Plaintiff filed a Civil Cover Sheet, notifying the Adams County District Court that his case was not governed by C.R.C.P. 16.1 because he is seeking a monetary judgment over $100,000 against Defendant. *See Civil Case Cover Sheet, attached hereto as* **Appendix A-2**, *at No. 2*. The Civil Cover Sheet is an "other paper" under U.S.C. § 1446(b)(3), which puts defendant on notice that the amount in controversy exceeds $75,000. *See* **Paros Properties, LLC v. Colo. Cas. Ins. Co.**, 835 F.3d 1264, 1273 (10th Cir. 2016); **Shylayeva-Kuchar v. Liberty Mutl Fire Ins. Co.**, No. 06CV01417 EWN-BNB, 2006 WL 2942939, at *4 (D. Colo. Oct. 13, 2006) ("Standing alone, Plaintiff's election to exclude herself from the application of this rule [C.R.C.P. 16.1] would suffice to prove her claims in this case exceed $75,000.").

Plaintiff has also represented that his medical bills currently exceed $$417,000, and is still receiving treatment following a surgery. Plaintiff has made settlement demands in excess of $75,000. Thus, the amount in controversy exceeds the $75,000 requirement for diversity jurisdiction under 28 U.S.C. § 1332.

c.     **Diversity of Citizenship Exists**

There is also diversity of citizenship between the parties. Defendant David VanBlarcum is now, and was at the time of commencement of this action, a citizen of, and domiciled, in the State of Missouri. *See Complaint [***Appendix A-5***] at ¶ 2; Affidavit of Service [***Appendix A-7***]*. Defendant Steve Sharp Crane & Rigging, LLC was organized in the State of Wyoming and has its principal place of business in Wyoming. *See Articles of Organization and 2021 Annual Report [***Appendix A-8 and A-9***]*. Defendant Steve Sharp

Crane & Rigging, LLC has one member, Steve Sharp, who is a citizen of, and domiciled in Wyoming. Because the parties are domiciled in different states, complete diversity exists and removal is proper.

### III. State Court Pleadings and Notice

Pursuant to D.C.COLO.L.CivR 81.1, attached as **Appendix A** are copies of the docket sheet from the State Court and other pleadings that have been filed in the State Court. These include the following:

1. Docket Sheet from State Court [**Appendix A-1**];
2. Civil Case Cover Sheet [**Appendix A-2**];
3. Summons – Steve Sharp Crane & Rigging, LLC [**Appendix A-3**];
4. Summons – David VanBlarcum [**Appendix A-4**];
5. Complaint with Jury Demand [**Appendix A-5**];
6. Return of Service - Steve Sharp Crane & Rigging, LLC [**Appendix A-6**];
7. Return of Service – David VanBlarcum [**Appendix A-7**];
8. Steve Sharp Crane & Rigging, LLC Articles of Organization [**Appendix A-8**];
9. Steve Sharp Crane & Rigging, LLC 2021 Annual Report [**Appendix A-9**];
10. Notice of Removal to United States District Court [**Appendix A-10**].

Further, pursuant to D.C.COLO.L.CivR 81.1, Defendants state that no hearings have been set or entry of judgment (default or otherwise) entered against Defendants in the State Court as of this date.

In accordance with 28 U.S.C. § 1446(d), a NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO is being filed with the Clerk of the District Court, Adams County, Colorado, attached as **Appendix A-10**.

Pursuant to D.C.COLO.L.CivR 3.1B, a properly completed Cover Sheet for Removal is filed contemporaneously with this Notice of Removal.

**WHEREFORE**, Plaintiff's claims constitute a civil action for which this Court has original jurisdiction under 28 U.SC. § 1332(a). Having complied with all procedural requirements, this action is removable to this Court from the Adams County District Court, State of Colorado under 28 U.S.C. § 1441(a).

DATED this 18th day of March, 2022.

Respectfully submitted,

By: *s/   L. Kathleen Chaney*
L. Kathleen Chaney

LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile: (303) 799-3700
E-mail: kchaney@lclaw.net
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2022, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brent E. Southern, Esq.
Mintz Law Firm, LLC
605 Parfet Street, Suite 102
Lakewood, CO 80215
bsouthern@4injury.net

By: s/ L. Kathleen Chaney
L. Kathleen Chaney

LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile: (303) 799-3700
E-mail: kchaney@lclaw.net;
*Attorneys for Defendants*